IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHAD EDWARD LEATHERMAN, )
)
    Plaintiff, )
)
v. ) No. CIV-21-672-D
)
CORECIVIC, INC., et. al., )
)
    Defendants. )

**O R D E R**

The following deadline is established in this matter:

    November 2, 2021    -    Dispositive Motion(s).

IT IS SO ORDERED this  2nd  day of  July , 2021.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE