IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHAD EDWARD LEATHERMAN )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-21-672-D
CORECIVIC, et al., )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , CoreCivic, Inc.; and, Michael Sizemore, in his individual capacity as Warden of Cimarron Correctional Facility.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Darrell L. Moore
Signature                                        Date

Darrell L. Moore
Print Name

J. Ralph Moore, PC
Firm

PO Box 368
Address

Pryor                    OK              74362
City                     State           Zip Code

(918) 825-0332
Telephone

darrellmoore@jralphmoorepc.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on July 9, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Darrell L. Moore
s/ Attorney Name