# Exhibit 1:
# ODOC Offender Lookup
# Plaintiff Leatherman

Offender: Chad E. Leatherman
OK DOC#: 700760
Status: ACTIVE

### Photos



Image Date: 11/1/2017
12345

### Appearance & Identifiers

Gender: Male
Race: White
Height: 5 ft 5 in
Weight: 169 lbs
Hair Color: Brown
Eye Color: Blue
OK DOC#: 700760

Current Facility: OKLAHOMA STATE PENITENTIARY, MCALE
Reception Date: 8/5/2014

### Sentences

| CRF# | Court | Offense | Conviction Date | Term | Term Code | Reception Date | Discharged Date |
|---|---|---|---|---|---|---|---|
| 2014-178 | CHEROKEE COUNTY COURT | ROBBERY FIRST DEGREE (85PCT 7/1/01) | 6/21/2014 | 10 Y | Probation | 6/21/2014 | Active |
| 2014-3402 | TULSA COUNTY COURT | ROBBERY FIRST DEGREE (85PCT 7/1/01) | 3/12/2015 | 1 Y | Probation | 3/11/2030 | Active |
| 2014-3402 | TULSA COUNTY COURT | ROBBERY FIRST DEGREE (85PCT 7/1/01) | 3/12/2015 | 15 Y | Incarceration | 3/12/2015 | Active |
| 2014-178 | CHEROKEE COUNTY COURT | ROBBERY FIRST DEGREE (85PCT 7/1/01) | 6/21/2014 | 10 Y | Incarceration | 8/5/2014 | Active |
| 2014-180 | CHEROKEE COUNTY COURT | POINTING FIREARM | 6/21/2014 | 5 Y | Incarceration | 8/5/2014 | 9/25/2016 |