Exhibit 4:

Grievance Records

## INMATE/OFFENDER GRIEVANCE

RECEIVED
MAY 2 6 2020
BY: _CH_

Grievance no. __20·171__

Grievance code: __7__

Response due: __6.18.2020__

---

**DO NOT WRITE ABOVE THIS LINE**

Date __5-25-20__                     Facility or Unit __C.C.F.__

Name __Leatherman, Chad__      Facility Housing Unit __Echo Charlie__
    (Print)

DOC Number __700 760__          Date "Request to Staff" response received: __mailed copy to Attorney__

Have you previously submitted a grievance on this same issue? __NO__ If yes, what date _____, facility
_____, grievance # _____. You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1.    The nature of your complaint. This statement must be specific as to the complaint, dates, places,
    personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
    this page only, if necessary. Sliping off of top bunk broke right
leg Shin area tib & fib bones, received NO physical therapy
and orthopedic Surgeon says I need full knee replacement.

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
    from whom you sought an answer to your grievance.

Want knee Fixed, physical therapy, pain mgmt.

3.    The action you believe the reviewing authority may lawfully take.

in Constant pain want proper medical attention ASAP.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
__Ms Rasht C.H.S.A__                     __C.H.S.A__
Name                                              Title
__Chad Leatherman__                        __5-25-20__
Signature of Grievant                         Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender


**CoreCivic**
Cimarron Correctional Facility

| | |
|---|---|
| Date: | June 11, 2020 |
| To: | Leatherman, Chad ODOC# 700760 |
| Housing: | Echo Charlie 104 |
| From: | V. Ensey, Acting Warden |
| Grievance # | 20-171 |

Your grievance/correspondence is being returned unanswered for the following reason(s):

__X__  1. **No informal action**, "Request to Staff" response or evidence of submission attached.—Section V.A

_____  2. **Out of time** from date of incident until filing of "Request to Staff" (must be submitted within 7 days of incident—Section I.V.C. #3

_____  3. **Out of time** from date of response to request to staff until filing of grievance with facility head (must be submitted within 15 days of receipt of RTS response).—Section V.A.

_____  4. Grievance Not signed/dated or addressed to the appropriate administrator.

_____  5. Inmate on grievance restriction and/or proper documentation not included
Affidavit is incomplete. Per OP- 090124 each page of the affidavit must be legible, signed, verified and notarized at the end of each text.

_____  6. Must be legibly written in blue or black ink only. No pencil or other color of ink is allowed. No doodling or writing in margins.—Section III H.

_____  7. Attachments to the grievance (no additional pages allowed except "Request to Staff")—Section V.A.

_____  8. Private property issue's not grievable--Section II. B. #5. (See CoreCivic Policy 14-6 for proper procedure on private property issues).

_____  9. Grievances shall not be submitted about matters that are in the course of litigation.—Section II B. #2

_____ 10. No person may submit a grievance on behalf of another person.—Section III G.

_____ 11. More than 1 issue - only 1 issue allowed per grievance.—Section V.A. #4

_____ 12. Grievances shall not be submitted requesting monetary compensation.—Section II B. #4

_____ 13. Not of a sensitive/emergency nature. You must follow the standard grievance process including giving the facility an opportunity to respond.—Section VIII

_____ 14. Requests for disciplinary action against staff will not be addressed in the grievance process.—Section II B. #3

_____ 15. The original Grievance only must be submitted, no photocopies. The RTS may be a copy. Submitted documents may contain NO alterations whatsoever.—Section V. A.

_____ 16. Misconduct reports received through the agency's disciplinary procedures may not be appealed through the grievance process. – Section II B 1.

_____ 17. If there has been no response on the Request to staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with a copy of the "Request to Staff" attached to the grievance form. The grievance may assert only the issue of the lack of response to the "Request to Staff." – Section V.B.b.8

_____ 18. Only the current and correct DOC grievance (090124A-R 4/19) and "Request to Staff" forms (090124D-R 4/19) will be accepted.

__X__ 19. The RTS and Grievance must be SPECIFIC as to the complaint, dates, places, personnel involved and how the inmate was affected.

_____ 20. You have failed to follow previous instructions for filing this grievance. Due to your continued failure to properly file this grievance you are now out of time.

__X__ 21. You will be afforded **ONE FINAL** opportunity to properly submit your corrected grievance within 10 days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.**

_____ 22. Other:

**WARNING:** All of the above can be found in OP-090124, and it is your responsibility to read and follow the OPS.

**NOTE:** Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.