Exhibit 5:

Affidavit of Cheri Redpath,

Oklahoma Department of Corrections

Medical Services Administrator

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**CHAD EDWARD LEATHERMAN,**
　　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　Case No. CIV-21-672-D

**CORECIVIC, Inc., et. al.,**
　　　　　　Defendants.

## AFFIDAVIT

**State of Oklahoma**　　　　）
　　　　　　　　　　　　　　　　） ss:
**Oklahoma County**　　　　　）

　　　　Before me the undersigned authority personally appeared the Affiant herein, who after being duly sworn on oath deposed and stated as follows:

　　　　1.　　My name is Cheri Redpath. I am over the age of 21 and am otherwise competent to testify in this matter.

　　　　2.　　I am a Registered Nurse. I am currently employed by the Oklahoma Department of Corrections as a Nurse Manager in the Medical Services administrative office. As such, I am familiar with the policies and procedures relating to offender grievances.

　　　　3.　　This office is responsible for reviewing, investigating, and responding to Oklahoma DOC inmate grievances, and/or inmate grievance appeals related specifically to medical issues.

　　　　4.　　I have reviewed the offender medical grievance log and the individual offender grievance files maintained by the Medical Services Administrative office from 2018 forward to the present date. The medical administrative review authority has not received any properly submitted grievance appeals from Chad Edward Leatherman,

1

DOC# 700760. Consequently, he has not exhausted his administrative remedies in accordance with the department's grievance policy, with respect to any medical issues.

5. The matters contained within this affidavit are within my personal knowledge, information and belief and are both true and correct.

Further affiant sayeth not.

*Cheri McCleave-Redpath*
CHERI MCCLEAVE-REDPATH

Subscribed and sworn to before me this 14 day of October, 2021, by Cheri McCleave-Redpath.

NOTARY PUBLIC

My Commission expires: 08-07-22
My Commission number: 18007792

[Notary Seal: DEANNA J. BALLARD, NOTARY PUBLIC, # 18007792, EXP. 08/07/22, STATE OF OKLAHOMA]

2