Exhibit 6:

Affidavit of Mark Knutson,

Oklahoma Department of Corrections Administrative Review Authority

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CHAD EDWARD LEATHERMAN,
        Plaintiff,

vs.

Case No. CIV-21-672-D

CORECIVIC, Inc., et. al.,
        Defendants.

State of Oklahoma  )
                         ) ss:  Affidavit
Oklahoma County   )

Before me, the undersigned authority, personally appeared the Affiant herein, Mark Knutson, who after being duly sworn on oath, deposed and stated as follows:

1. My name is Mark Knutson. I am over the age of 21 and am otherwise competent to testify in this matter.

2. I am employed by the Oklahoma Department of Corrections (ODOC) as the Manager of the Administrative Review Authority Office, Oklahoma Department of Corrections. Our office is located at 3400 Martin Luther King Avenue, Oklahoma City, Oklahoma.

3. ODOC's Administrative Review Authority is responsible for reviewing, investigating, and responding to inmate misconduct appeals, inmate grievances, and inmate grievance appeals. These appeals are submitted by Oklahoma DOC inmates to the Director, Oklahoma Department of Corrections, for review. I am the Director's Designee.

4. I am very familiar with the Department of Corrections' Inmate/Offender Grievance Process (Policy OP-090124) and the included procedures.

5. Chad Edward Leatherman, DOC# 700760, is a medium security inmate who was placed for incarceration at Cimarron Correctional Facility by Oklahoma Department of

1

Corrections in accordance with the incarceration services contract with Oklahoma Department of Corrections for the placement of Oklahoma DOC inmates at Cimarron Correctional Facility.

6. If an inmate remains unsatisfied following his filing of a grievance to the Reviewing Authority/Warden at the facility level, with the grievance response, the final step set out in the policy to exhaust administrative remedies directs the inmate to appeal the matter to the Oklahoma DOC Administrative Review Authority at the DOC Headquarters in Oklahoma City, either to myself, or if the offender is grieving a medical issue, then to Cheri Redpath who is the Administrative Review Authority for Medical Services.

7. I have made a diligent search of the records maintained here at the Administrative Review Authority office for the relevant time period, understanding that Mr. Leatherman made allegations ranging in time from 2018 to 2020. My search of that time period found no grievances or appeals had been submitted to my office by inmate Leatherman.

8. The matters contained within this affidavit are within my personal knowledge, information and belief, and are both true and correct.

Further affiant sayeth not.

MARK KNUTSON

Subscribed and sworn to before me this 13th day of October 2021, by Mark Knutson.

NOTARY PUBLIC
My Commission expires: 5/19/2023
My Commission number: 15004670